Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354
Tel: (209) 575-4844

Attorney for Defendant
ANGELA MELVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANGELA MELVIN<br>        Defendant. | Case No.: 2:08:cr-00375 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE**<br><br>Date:  11/17/08<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

      IT IS HEREBY STIPULATED by and between JASON HITT, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant ANGELA MELVIN, that the status conference presently scheduled for November 17, 2008 at 8:30 a.m. be vacated and continued for status conference on December 8, 2008 at 8:30 a.m.

      This continuance is requested to allow both the prosecution and the defense additional time to prepare, review discovery, conduct ongoing investigation, interview any potential witnesses and possibly reach a resolution in this case.

      The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the status conference on December 8, 2008 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

-1-

1  Dated: November 14, 2008                    Respectfully submitted,

2

3                                              KIRK W. MCALLISTER
                                               Attorney for Defendant

4

5  Dated:  November 14, 2008                   /s/  Kirk W. McAllister
                                               _____
6                                              Kirk W. McAllister
                                               Attorney for Defendant Angela Melvin
7

8                                              MCGREGOR W. SCOTT
                                               United States Attorney
9

10                                             /s/  Kirk W. McAllister for
   Dated: November 14, 2008
11                                             MATTHEW SEGAL
                                               Assistant U.S. Attorney
12                                             per electronic authority

13

14                                  **ORDER**

15         FOR GOOD CAUSE SHOWING, the Court finds that the ends of justice served by the

16  granting of this continuance outweigh the best interest of the public and the defendant in a

17  speedy trial.  Time is excluded under Title 18 U.S.C. §3161(h)(B)(iv), Local T-4.

18         IT IS SO ORDERED that the status conference of November 17, 2008 be vacated and

19  scheduled for status conference on December 8, 2008, at 8:30 a.m.

20

21
    Dated:  November 17, 2008
22

23
                                        WILLIAM B. SHUBB
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28