Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354
Tel: (209) 575-4844

Attorney for Defendant
ANGELA MELVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | : | Case No.: 2:08:cr-00375 WBS |
|---|---|---|
| Plaintiff, | : | |
| | : | **STIPULATION AND [PROPOSED]** |
| vs. | : | **ORDER CONTINUING STATUS** |
| | : | **CONFERENCE** |
| ANGELA MELVIN | : | |
| | : | Date: 12/08/08 |
| Defendant. | : | Time: 8:30 a.m. |
| | : | Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between MATTHEW SEGAL, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant MIGUEL GONZALEZ, that the status conference presently scheduled for December 8, 2008 at 8:30 a.m. be vacated and continued for further status conference on January 5, 2009 at 8:30 a.m.

This continuance is requested to allow both the prosecution and defense time to discuss a possible resolution of this matter.

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the status conference on January 5, 2009 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

/ / /

/ / /

/ / /

-1-

                                                    Respectfully submitted,

                                                    KIRK W. MCALLISTER
                                                    Attorney for Defendant

Dated: December 5, 2008            /s/ Kirk W. McAllister

                                                    Kirk W. McAllister
                                                    Attorney for Defendant Angela Melvin


                                                  MCGREGOR W. SCOTT
                                                 United States Attorney

Dated: December 5, 2008            /s/ Matthew Segal

                                                 MATTHEW SEGAL
                                                 Assistant U.S. Attorney
                                                 per electronic authority

## **ORDER**

      FOR GOOD CAUSE SHOWING, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded under Title 18 U.S.C. §3161(h)(B)(iv), Local T-4.

      IT IS SO ORDERED that the status conference of December 8, 2008 at 8:30 a.m. be vacated and scheduled for status conference on January 5, 2009 at 8:30 a.m.

Dated: December 8, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-